## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lauren Starling, | Civil Action No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | **TO THE UNITED STATES DISTRICT** |
| | **COURT FOR THE DISTRICT OF** |
| Property Receivables Corp., | **NORTH DAKOTA** |
| Defendant. | |

**TO:** **The Clerk of the United States District Court for the District of North Dakota; and Plaintiff, through her attorney, Catrina Smith, 625 Main Avenue, Suite 152, Moorhead, MN 56560.**

### Introduction

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendant

Property Receivables Corp. (hereinafter "PRC"), by and through its attorneys, Bassford

Remele, PA, and with full reservation of any and all defenses, hereby removes this action

from the North Dakota District Court, East Central Judicial District, Cass County, to the

United States District Court for the District of North Dakota.

In support of this Notice of Removal, Defendant states as follows:

### This Matter is Timely and Properly Removable

**I.** **REMOVAL PROCEDURE FOR ACTION COMMENCED BY SERVICE BUT NOT FILED**

1.      The removed action, entitled *Lauren Starling v. Property Receivables Corp.,*

North Dakota East Central Judicial District (Cass County) was commenced, but not filed,

via service of a Summons and Complaint upon PRC via certified mail on or about

November 11, 2025. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

2.      **Exhibit A** constitutes all process, pleadings and orders in this action.

3.      The Summons and Complaint were served upon Defendant, but not filed. Nevertheless, this action is removable. *See, e.g., Lyon Fin. Servs., Inc. v. Greater Calvary Bible Church*, No. 09-CV-3734, 2010 WL 1389611, at *2 (D. Minn. Mar. 31, 2010) ("[T]he Court is not aware of any reason why a Minnesota state action that has been commenced through service – but not yet filed – could not be removed."); *see also Duchene v. Premier Bank Metro South*, 870 F. Supp. 273 (D. Minn. 1994) (holding that a defendant's notice of removal was improper when filed more than 30 days after service of a summons and complaint that was not filed with the court).

4.      A Notice of Filing of Removal, attached hereto as **Exhibit B**, and a copy of this Notice of Removal to Federal Court are being filed contemporaneously herewith in North Dakota East Central Judicial District (Cass County), as required by 28 U.S.C. § 1446(d) and copies of the same are being contemporaneously served up on Plaintiff as verified by the attached proof of service.

## II.     REMOVAL IS TIMELY

5.      This Notice of Removal is timely filed within thirty (30) days from the date PRC was in receipt of the initial pleading as prescribed by 28 U.S.C. § 1446 (b).

## III.    VENUE IS PROPER IN THIS COURT

6.      This action may be removed to this Court from the North Dakota District Court, East Central Judicial District, Cass County, pursuant to 28 U.S.C. §§ 1441(a) and

1446(a) because the United States District Court for the District of North Dakota is in the district embracing the place where the action was commenced.

## IV.    THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION

7.    This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 because this action contains a claim by Plaintiff premised on a federal statute. Specifically, Plaintiff attempts to allege a claim under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*.

## V.    PROCEDURE IN THE STATE COURT

8.    Promptly upon filing this Notice of Removal to Federal Court, PRC will file a Notice of Filing of Removal and a copy of this Notice of Removal to Federal Court in the North Dakota District Court, East Central Judicial District, Cass County, as required by 28 U.S.C. § 1446(d). *See* **Exhibit B**. Copies of the same are being contemporaneously served upon Plaintiff's counsel by email and regular mail.

## VI.    PRC RESERVES ALL RIGHTS AND DEFENSES

9.    PRC expressly reserves all available rights and defenses, including but not limited to, its right to seek any applicable relief pursuant to Federal Rule of Civil Procedure 12, and its right to amend or supplement this Notice of Removal.

### Conclusion

Based on the foregoing, PRC is entitled to remove this action to this court under U.S.C. §§ 1441 *et seq*. and 1446 *et seq*. If any question arises as to the propriety of the removal of this action, PRC requests the opportunity to brief any disputed issues and otherwise present support for its position that this case is properly removable.

WHEREFORE, Defendant Property Receivables Corp., removes this action from the East Central Judicial District Court for the County of Cass, State of North Dakota, and requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

**BASSFORD REMELE**
*A Professional Association*

Dated: December 9, 2025.    By: */s/ Electronically Signed by Jessica L. Klander*
Jessica L. Klander (ND #9526)
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jklander@bassford.com

*Attorneys for Defendant Property Receivables Corp.*